**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edwin Vidal TORRES, Defendant–
Appellant.**

**No. 13–14339
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 4, 2015.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Peggy Morris Ronca, Nicole M. Andrejko, Daniel C. Irick, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Mark W. Ciaravella, Mark W. Ciaravella, PA, Tampa, FL, for Defendant–Appellant.

---

**1.** Sallie Mae implies as much in its February 11, 2015, filing in our Court.

Before JORDAN, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Edwin Vidal Torres in this direct appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In a *pro se* response to counsel's motion to withdraw, Torres requests that counsel's motion be denied or that new counsel be appointed to brief his appeal. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Torres's request for appointment of new counsel to brief his appeal is **DENIED**, and Torres's convictions and sentences are **AFFIRMED**.